1  RANDAZZA LEGAL GROUP
   2 S. Biscayne Blvd., Suite 2600
2  Miami, Florida 33131
   Tel.    888-667-1113
3  Fax    305-397-2772
   Marc J. Randazza (CBN 269535)
4  mjr@randazza.com
   Jason A. Fischer (CBN 275469)
5  jaf@randazza.com

6  *Attorneys for Defendant,*
   GAME LINK, LLC

7

8               UNITED STATES DISTRICT COURT

9             FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                     LOS ANGELES DIVISION

11 | JOAO CONTROL & MONITORING SYSTEMS, LLC, | Case No. 2:11-cv-09633-DOC-RNB |
12 | | **ANSWER & AFFIRMATIVE DEFENSES** |
   |                    Plaintiff, | |
13 | v. | **Jury Trial Demanded** |
14 | GAME LINK, LLC, | |
15 |                    Defendant. | |

16

17     Defendant Game Link, LLC ("Game Link"), through counsel, hereby answers the

18 Complaint (Doc. No. 1) of Joao Control & Monitoring Systems, LLC ("Plaintiff") as follows:

19                    **NATURE OF THE ACTION**

20     1.    Admitted that Plaintiff is the owner of the United States Patent No. 6,587,046

21 entitled "Monitoring Apparatus and Method" (the "'046 patent"). Game Link further admits

22 that a purported copy of the '046 patent was attached to the Complaint as Exhibit A. To the

23 extent that the remainder of paragraph 1 comprises one or more allegations that requires a

24 response, Game Link denies the same.

Answer & Affirmative Defenses            -1-

**PARTIES**

2. Admitted that Plaintiff is the owner of the '046 patent. Game Link is without personal knowledge of the remaining allegations set forth in paragraph 2 of the Complaint and therefore denies the same and demands specific proof thereof.

3. Admitted that Game Link maintains its principal place of business at 537 Stevenson Street, Suite 100, San Francisco, California 94103. The remaining allegations in paragraph 3 of the Complaint are denied.

**JURISDICTION AND VENUE**

4. Admitted.

5. Denied that Game Link is present within the Central District of California. The remaining allegations in paragraph 5 of the Complaint are admitted.

6. Admitted that Game Link ships, distributes, offers for sale, sells, and advertises its products and services in the United States, the State of California, and the Central District of California. Admitted that Game Link solicits customers in the State of California and in the Central District of California. Admitted that Game Link has paying customers who are residents of the State of California and the Central District of California. Except as so admitted, Game Link is without personal knowledge of the remaining allegations set forth in paragraph 6 of the Complaint and therefore denies the same and demands specific proof thereof. To the extent that paragraph 6 of the Complaint constitutes one or more legal conclusions it requires no answer.

7. Admitted.

**COUNT I – PATENT INFRINGEMENT**

8. Admitted that Plaintiff is the owner of the '046 patent. Except as so admitted, Game Link is without personal knowledge of the remaining allegations set forth in paragraph

8 of the Complaint and therefore denies the same and demands specific proof thereof. To the extent that paragraph 8 of the Complaint constitutes one or more legal conclusions it requires no answer.

9. Denied that Game Link makes, sells, uses, provides, or offers for sale any system or method for receiving or monitoring video information by a recording device or camera. Denied that Game Link has provided to users any system or method for receiving or monitoring video information by a video recording device or camera. Game Link is without personal knowledge of the remaining allegations set forth in paragraph 9 of the Complaint and therefore denies the same and demands specific proof thereof. To the extent that paragraph 9 of the Complaint constitutes one or more legal conclusions it requires no answer.

10. Game Link is without personal knowledge of the allegations set forth in paragraph 10 of the Complaint and therefore denies the same and demands specific proof thereof.

11. The allegations in paragraph 11 of the Complaint are in the nature of a prayer and therefore require no answer.

12. Game Link is without personal knowledge of the allegations set forth in paragraph 12 of the Complaint and therefore denies the same and demands specific proof thereof. To the extent that paragraph 12 of the Complaint constitutes one or more legal conclusions it requires no answer.

**JURY DEMAND**

13. Paragraph 13 of the Complaint calls for neither an admission nor denial.

**PRAYER FOR RELIEF**

The allegations in the paragraph requesting relief are in the nature of a prayer. Although no answer is required, Game Link responds to the individual requests for relief as follows:

    A. With respect to Plaintiff's prayer for judgment against it, Game Link denies any and all liability for Plaintiff's claims and denies that Plaintiff is entitled to the requested relief.

    B. With respect to Plaintiff's prayer for judgment against it, Game Link denies any and all liability for Plaintiff's claims and denies that Plaintiff is entitled to the requested relief.

    C. With respect to Plaintiff's prayer for an order to pay compensatory damages and interest thereon against it, Game Link denies any and all liability for Plaintiff's claims and denies that Plaintiff is entitled to the requested relief.

    D. With respect to Plaintiff's prayer for an injunction against it, Game Link denies any and all liability for Plaintiff's claims and denies that Plaintiff is entitled to the requested relief.

    E. With respect to Plaintiff's prayer for a declaration that this is an exceptional case, Game Link denies any and all liability for Plaintiff's claims and denies that Plaintiff is entitled to the requested relief.

    F. With respect to Plaintiff's prayer for other relief against it, Game Link denies any and all liability for Plaintiff's claims and denies that Plaintiff is entitled to any relief against Game Link.

## AFFIRMATIVE DEFENSES

*First Affirmative Defense:  Non-Infringement*

Upon information and belief, Game Link has not infringed and does not infringe any of the asserted claims of the '046 patent.

*Second Affirmative Defense:  Patent Invalidity*

Upon information and belief, one or more of the claims of the '046 patent are invalid for failing to comply with one or more of the conditions and requirements for patentability as set forth in the United States Patent Laws, Title 35 U.S.C., including specifically §§ 102, 103, and/or 112, and the rules, regulations, and laws pertaining thereto.

*Third Affirmative Defense:  Laches*

Upon information and belief, Plaintiff is barred, in whole or in part, by laches because Plaintiff and/or its predecessors in interest to the '046 patent unreasonably delayed filing its claims against Game Link.

Dated this 1st day of February, 2012.

**RANDAZZA LEGAL GROUP**

2 S. Biscayne Blvd., Suite 2600
Miami, Florida 33131
Tel.     888-667-1113
Fax     305-397-2772

_____
Marc J. Randazza (CBN 269535)
mjr@randazza.com
Jason A. Fischer (CBN 275469)
jaf@randazza.com

*Attorneys for Defendant*

Answer & Affirmative Defenses                -5-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that counsel of record who are deemed to have consented to electronic service are being served this 1st day of February, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule 5-3.3.

_____
Jason A. Fischer